DEVIN M. SENELICK (State Bar No. 221478)
E-Mail:  dsenelick@health-law.com
SALVATORE J. ZIMMITTI (State Bar No. 245678)
E-Mail:  szimmitti@health-law.com
**HOOPER, LUNDY & BOOKMAN, P.C.**
1875 Century Park East, Suite 1600
Los Angeles, California  90067-2517
Telephone: (310) 551-8111
Facsimile: (310) 551-8181

Attorneys for CEDARS-SINAI
MEDICAL CENTER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CEDARS-SINAI MEDICAL CENTER, a non-profit public benefit corporation,<br><br>             Plaintiff,<br><br>      vs.<br><br>PRINCIPAL LIFE INSURANCE COMPANY, an Iowa corporation; BSB ENTERTAINMENT, INC., a California corporation; and DOES 1 through 50, inclusive,<br><br>             Defendants. | CASE NO. CV 11-06453-MMM(AGRx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered parties' Stipulated Protective Order, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulated Protective Order is the order of this Court.

DATED: December 6, 2011

By: _/s/ Alicia G. Rosenberg_
HON. ALICIA G. ROSENBERG
UNITED STATES MAGISTRATE JUDGE

1107263.1